# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**LAGERTA M. POLK**                                                          **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 1:18-cv-116-MTP**

**COMMISSIONER OF SOCIAL SECURITY,**
*Nancy A. Berryhill*                                                          **DEFENDANT**

## FINAL JUDGMENT

This cause having come before the Court on Plaintiff's complaint seeking judicial review of a final decision of the Commissioner of Social Security Administration and a decision having been duly rendered by separate Opinion and Order,

IT IS ORDERED AND ADJUDGED:

That this action is DISMISSED with prejudice.

This, the ___21 st___ day of March, 2019.

_____

Michael T. Parker
United States Magistrate Judge